AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Charnell Marie Lucich<br>*Plaintiff(s)*<br>v.<br>Clarity Services, Inc.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-1132-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Clarity Services, Inc.
C T Corporation System, Registered Agent
330 N Brand Blvd Suite 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua B. Lane
Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX 78070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 05/01/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-1132-RP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: Clarity Services, Inc. c/o CT Corporation System, Registered Agent
was received by me on May 14, 2026

☐ I personally served the Summons in a Civil Action, Plaintiff's Complaint. on the individual at 330 N Brand Blvd Suite 700 , Glendale, CA 91203 on May 20, 2026

☐ I left the above listed documents at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to Diana Ruiz , who is designated by law to accept service of process on behalf of Clarity Services, Inc. c/o CT Corporation System, Registered Agent on May 20, 2026 12:49 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

*My fees are $ .00 for travel and $ 84.25 for services, for a total of $ 84.25*

*I declare under penalty of perjury that this information is true.*

*Date: May 20, 2026*

*Server's signature*

Jeff Star
*Printed name and title*

Contracted by Superior Attorney Services, LLC
4900 Hopyard Road, Suite 100
Pleasanton, CA 94588
(925) 455-4296
*Server's Address*

A0440-SAS53176